IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 2:16-864 |
| -versus- | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(B) |
| | 21 U.S.C. § 861(a)(1) |
| | 21 U.S.C. § 861(a)(2) |
| DELVAINE SEAGARS, | 21 U.S.C. § 861(b) |
| a/k/a "Del Rock," | |
| a/k/a Delvaine Alex Seagars, | INDICTMENT |
| a/k/a Elvin Cambell, | |
| a/k/a Delvin Alexander Seagers | |

## COUNT 1

THE GRAND JURY CHARGES:

On or about October 5, 2016, in the District of South Carolina, the Defendant, **DELVAINE SEAGARS, a/k/a "Del Rock," a/k/a Delvaine Alex Seagars, a/k/a Elvin Cambell, a/k/a Delvin Alexander Seagers**, knowingly, intentionally and unlawfully did possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

On or about October 5, 2016, in the District of South Carolina, the Defendant, **DELVAINE SEAGARS, a/k/a "Del Rock," a/k/a Delvaine Alex Seagars, a/k/a Elvin Cambell, a/k/a Delvin Alexander Seagers**, knowingly, intentionally and unlawfully used a person under eighteen years of age to violate Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment;

In violation of Title 21, United States Code, Sections 861(a)(1) and 861(b).

1

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

On or about October 5, 2016, in the District of South Carolina, the Defendant, **DELVAINE SEAGARS, a/k/a "Del Rock," a/k/a Delvaine Alex Seagars, a/k/a Elvin Cambell, a/k/a Delvin Alexander Seagers**, knowingly, intentionally and unlawfully used a person under eighteen years of age to assist in avoiding detection or apprehension for an offense under Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment;

In violation of Title 21, United States Code, Sections 861(a)(2) and 861(b).

A ___True___ BILL

_____
FOREPERSON

_____
BETH DRAKE (SK)
ACTING UNITED STATES ATTORNEY